IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00210-WDM-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$14,132.00 UNITED STATES CURRENCY,

        Defendant.

---

**ORDER TO VACATE SCHEDULING/PLANNING CONFERENCE (ON 12)**

---

This matter having come before the Court on the Motion to Vacate Scheduling/Planning Conference, and the Court being fully apprised, it is hereby ORDERED that:

1. The Scheduling/Planning Conference currently set for May 5, 2011 at 9:00 AM is VACATED; and

2. A Status Report shall be filed on or before May 15, 2011.

DONE at Denver, Colorado, this 18th day of April, 2011.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO