**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00210-WJM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$14,132.00 UNITED STATES CURRENCY,

    Defendant.

**ORDER ON MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant property. (ECF No. 24.) For the following reasons, the Court hereby GRANTS the Motion for Default.

The Court finds that:

1) The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

2) All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

3) After notice, the only party to have filed a claim in this matter was Terri Campbell. Ms. Campbell never filed her Answer, thus the United States' Motion to Strike Ms. Campbell's claim was granted. There have been no

        other Claims or Answers filed in this matter as to defendant property as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

4)     Entry of Default was entered by the Clerk of the Court on August 11, 2011 (Doc. 23);

5)     Based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of all of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

6)     The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture of as to defendant property; and

7)     The Clerk of Court shall be directed to enter Judgment as to all of the defendant property.

It is therefore ORDERED:

1)     Default and forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States:

    $14,132.00 UNITED STATES CURRENCY

2)     The United States shall have full and legal title as to defendant property and may dispose of said property in accordance with law;

3)     This Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to as to all defendant property under 28 U.S.C. § 2465; and

4)     The Clerk of Court is directed to enter Judgment as to all of the defendant property.

Dated this 22nd day of August, 2011.

BY THE COURT:

William J. Martinez
United States District Judge